UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ᴍᴄ D.C.
05 DEC 20 AM 11:07

[CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS]

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-20413-Ma |
| ) | |
| FRED ERBY ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

<u>Katrina U. Earley, Assistant U.S. Attorney</u> applies to the Court for a Writ to have <u>Fred Erby, DOB 04-19-50, RNI# 23659</u> is now being detained in the <u>Shelby County Jail</u> appear before the Honorable <u>Tu M. Pham</u> on <u>21st, December, 2005,</u> at <u>2:00 p.m.</u> for <u>initial appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>20th</u> day of <u>December</u>, 2005.

*[signature: Katrina U Earley]*
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have <u>Fred Erby</u> appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this <u>20</u> day of <u>December</u> 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on <u>12-21-05</u>

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20413 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fred Erby
2400 Arlington St.
Memphis, TN 38114

Honorable Samuel Mays
US DISTRICT COURT